```
                                              FILED
                                              SEP - 2 2008
                                              CLERK, U.S. DISTRICT COURT
                                              SOUTHERN DISTRICT OF CALIFORNIA
                                              BY          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2954-JAH |
| Plaintiff, ) | |
| ) | I N F O R M A T I O N |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 2252(a)(4)(B) - Possession of Images of Minors Engaged in Sexually Explicit Conduct; Title 26, U.S.C. Sec. 5861(c) - Possession of a Prohibited Firearm |
| JIMMY WARREN MILLER, ) | |
| Defendant. ) | |
| ) | |

The United States Attorney charges:

Count 1

On or about and between May 19, 2008, within the Southern District of California, defendant JIMMY WARREN MILLER, did knowingly possess one or more matters, that is computer hard drive(s) and computer media containing digital and computer images which contained visual depictions, including file "CAT.swf", that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

<u>Count 2</u>

On or about May 19, 2008, within the Southern District of California, defendant JIMMY WARREN MILLER did knowingly receive and possess a firearm, to wit: one (1) Norinco Model 99, 12 gauge firearm (serial no. SW003196), made in violation of chapter 53 of Title 26; in violation of Title 26, United States Code, Sections 5822, 5845, 5861(c), and 5871.

DATED: September 2, 2008.

KAREN P. HEWITT
United States Attorney

ALESSANDRA P. SERANO
Assistant U.S. Attorney