AO 455(Rev. 5/85) Waiver of Indictment

FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JIMMY WARREN MILLER

WAIVER OF INDICTMENT

CASE NUMBER: 08CR 2954-JAH

I, JIMMY WARREN MILLER, the above named defendant, who is accused of violating Title 18, U.S.C., Section 2252(a)(4)(B)– possession of images of children engaged in sexually explicit conduct, a felony, and 26, U.S.C. §5861© - possession of a prohibited firearm, a felony, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 9-2-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER